IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 14 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02008-BNB

DeJUAN B. THORNTON-BEY,

    Plaintiff,

v.

R. HUTCHINGS,

    Defendant.

---

### ORDER OF DISMISSAL

---

Plaintiff, DeJuan B. Thornton-Bey, is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX in Florence, Colorado. Mr. Thorton-Bey, acting *pro se*, initiated this action by filing a pleading titled, "Emergency Motion." In an order entered on August 8, 2011, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Thorton-Bey to cure certain deficiencies in his Complaint. Specifically, Magistrate Judge Boland directed Mr. Thorton-Bey to submit his claims on a Court-approved form used in filing prisoner complaints. Mr. Thorton-Bey also was directed either to pay the $350.00 filing fee in advance or in the alternative to submit a request to proceed pursuant to 28 U.S.C. § 1915 on a proper Court-Approved form. Magistrate Judge Boland further instructed Mr. Thorton-Bey to submit a certified copy of his prison account statement for the six months immediately preceding the filing of this action if he desired to proceed pursuant to § 1915.

Magistrate Judge Boland warned Mr. Thorton-Bey that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Thorton-Bey now has failed to submit his claims on a Prisoner Complaint form and either pay the $350.00 filing fee or in the alternative submit a request to proceed pursuant to § 1915 on a Court-approved form. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.

DATED at Denver, Colorado, this __14th__ day of __September__, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02008-BNB

DeJuan B Thornton-Bey
Reg. No. 20791-424
USP Florence ADMax
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on September 14, 2011.

                              GREGORY C. LANGHAM, CLERK

                         By: _____
                                    Deputy Clerk